IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 26, 2007**

Charles R. Fulbruge III
Clerk

No. 06-61040
Summary Calendar

RAMBHAI MANIKLAL-PATEL

Petitioner

v.

PETER D. KEISLER, Acting  U S ATTORNEY GENERAL

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A73 088 140

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Rambhai Maniklal-Patel, a native and citizen of India, petitions this court for review of an order of the Board of Immigration Appeals (BIA) denying his untimely motion to reopen removal proceedings.  Maniklal-Patel has abandoned any challenges to the BIA's dismissal of his appeal from the motion to reopen he filed with the immigration judge by failing to brief any issues relevant to that motion.  See Al Ra'id v. Ingle, 69 F.3d 28, 33 (5th Cir. 1995).  Maniklal-Patel argues that his BIA motion to reopen met the requirements set forth in 8 C.F.R.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

§ 1003.2(c)(3)(ii).   Maniklal-Patel has failed to show that the BIA abused its discretion by denying his motion to reopen. See Lara v. Trominski, 216 F.3d 487, 496 (5th Cir. 2000).   Accordingly, his petition for review is DENIED.